82,778-01

Dear honorable Clerk, please file all 3 of these critical documents.

They were all placed into the prison mail system("Prison **Mailbox** Rule ") on Friday, Feb. 20th, before 10:00 O:Clock AM. I'm sure they will sit in the prison mailbox over the weekend, then on momnday, they should be logged out and mailed out. Mail does not move around here on the weekends.

I will have a familly member come and purchase time filed stamped copies soon. THANKYOU.

PS: I RECEIVED YOUR CARD NOTICE THAT YOU RECIEVED MY WRIT ON FEB.10th, 2015 Verifiable by prison mailroom.

DESMOND LEDET

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 2 7 2015

Abel Acosta, Clerk

EX PARTE                         §
                                 §
                                 §  IN THE COURT OF CRIMINAL APPEALS OF
                                 §  TEXAS, IN AUSTIN, TX
                                 §
DESMOND LEDET                    §

## OBJECTION #6:

**OBJECTION TO THE TRIAL COURT'S ADOPTION AND PRESENTATION OF MIS-
LEADING INFORMATION TO THIS COURT AS TO WHAT APPLICANT'S PARENT'S
SAID IN THEIR AFFIDAVITS versus WHAT DEFENSE COUNSEL, HON.FORTIN-
BERRY SAID IN HIS AFFIDAVIT CONCERNING ROOM IN THE COURTROOM.**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

I, Desmond Ledet, the Applicant, respectfully objects as stated above in the heading. Specifically:

1: The adopted finding mislead this Court of Criminal Appeals in two ways:

   a) It misinforms this Court that, in regards to Applicant's Grounds #1-4(Denial of Public Trial)the Applicant's parents presented affidavits stating that there was no room in the entire courtroom during voir dire for them to sit, when in fact their affidavits only **assert that there was no room in the public seating area.**

   b) Compare "State's Proposed...Findings...Conclusions", p. 4, ¶7("Applicant's mother and father signed affidavits stating that Applicant's counsel, Hon. Curtis Fortinberry, told them they were not allowed in the courtroom during voir dire **because there was no room**") WHICH WOULD INCLUDE THE ENTIRE COURTROOM, THE JURY BOX, ALL AROUND THE WALLS WHERE EXTRA CHAIRS COULD HAVE BEEN BROUGHT IN, AND ANY WHERE ELSE A REASONABLE ALTERNATIVE COULD HAD BEEN MADE TO ACCOMMODATE THEM, ETC.---Compare with:

   c) AFFIDAVIT OF LUVENIA LEDET(Applicant's mother) asserting: "...the court was not allowing us inside until the voir dire proceeding was over. He explained that this was the rule because they had to bring in a large number of potential juror's...**and they would take up all of the SEATS FOR THE PUBLIC**...leaving no room for me and my husband to be present. See Memorandum, Exhibit A.

&

   b) AFFIDAVIT OF RALPH LEDET SR.(Applicant's father) asserting: "...we were not allowed to come in until after the jury was picked because there would be nowhere for us to sit **because ALL OF THE SEATS FOR THE PUBLIC**

**would be taken..."** See Memorandum, Exhibit B.

2: The adopted findings, by **omitting** the part of Hon. Fortinberry's Affidavit in which he concedes **"the courtroom was full"..."the GALLERY WAS FULL"**(Fortinberry, Affidavit p.1), misleads this Court of Criminal Appeals to mistakenly believe that when Hon. Fortinberry said: "Although the courtroom was full, there was space for Petitioner's parents"(Id), that he was denying "that there was no room for Applicant's parent's in the"---- public seating area.

3: When all the time Hon. Fortinberry has conceded that "the gallery was full"(Id)(public seating area), **AND WHEN HE SAID: "Although the courtroom was full, there was space for Petitioner's parents"--HE WAS ACTUALLY SPEAKING OF OTHER PLACES BESIDES THE GALLERY(Public Seating Area) confirming that my allegations in the writ that:** "THE REPORTER'S RECORD ALSO ESTABLISHES THAT THE JURY BOX WAS LEFT EMPTY AND COULD HAVE BEEN USED...TO MAKE ROOM TO ALLOW APPLICANT'S PARENTS IN THE COURTROOM"(See Application, p.7) **WAS IN FACT TRUE.**

4: I also said in the Memorandum, at p.10: "Looking to the record we see that the jury box was open during voir dire proceedings." I made that argument in the Memorandum for two pages. Id, p.10-11. This is what Hon. Fortinberry was confirming(**not denying**) when he said in his Affidavit: "Although the courtroom was full, there was space for Petitioner's parents."--See State's...Findings",p.4, ¶8

5: Hon. Fortinberry even goes so far as to state in the Affidavit: "Because **the gallery was full**, Petitioner's parent's assumed they were not allowed in." It is indisputable that according to his Affidavit the **public seating area was not left with any room for the Applicant's parents to sit and observe voir dire.** See Fortinberry Affidavit,p.1.

6: BLACK'S LAW DICTIONARY(10th Edition) defines "COURTROOM" as: "The part of a courthouse where trials and hearings take place, often one of many such parts, each one usu. having a raised bench, a witness stand or box, an enclosed area for jurors; an identical set of tables for counsel, and a **[gallery] for observers**"

7: There is no doubt that the State in it's proposed findings of fact has artfully attempted to mislead this Hon. Court the Hon. Fortinberry was making a denial, when in fact that was the exact opposite of what he was doing.

8: The State is intentionally and deliberatly denying me, the Applicant,DUE PROCESS. <u>Ex parte Young</u>, 418 S.W. 2d 824, 826(Tex.Crim. App.1967). My conviction is void. Id.

9: The State has intentionally and deliberately, and arfully attempted to mislead this Court of Criminal Appeals, by convincing the trial court to adopt it's misleading findings and conclusions and then present them to this honorable Court.

10: The deceptive practices of the State can not, and should not be allowed in our justice system .

11: I am illegally restrained of my liberty. Please help me. Please. Please. Please.

12: "The writ of habeas corpus is a writ of right, and shall never be suspended." Art. 1, §12. Texas Constitution.

13: For the foregoing reasons I respectfully **OBJECT** to the trial court's adopted: "State's Proposed...Finding...Conclusions...", p.4, ¶7, &8. Hon. Fortinberry **was not denying anything, in truth he was confirming that though the "gallery was full"** there was spa- in other parts of the courtroom that could have been used to make accommodations for Applicant's parents.

**T H A N K Y O U.**

Respectfully Submitted,

Desmond Ledet #01651095
Telford Unit
3899 State Hwy.98
New Boston, TX 75570

## CERTIFICATE OF SERVICE

A true copy of the above has been mailed to the Tarrant County ,TX, Criminal District Attorney's Office located at 401 W. Belknap, Fort Worth, TX. 76196. Placed in Prison Mailbox on Fri. Feb. 20, 2015, mail does not leave on weekends so mailroom staff should pick it up out of box, log it as outgoing mail, and mail it off on Mon. the 23rd, 2015.

Desmond Ledet